Robert A. McFarlane, No. 172650
Dr. Siegmar Pohl, No. 254657
Russell C. Petersen, No. 264245
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone: 415.989.5900
Facsimile: 415.989.0932
Email: rmcfarlane@cbmlaw.com
spohl@cbmlaw.com
rpetersen@cbmlaw.com

Attorneys for Defendant
NATIVE INSTRUMENTS NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DFD TECHNOLOGY LLC, | No. SACV10-1507 JVS (RNBx) |
| Plaintiff, | STIPULATION OF DISMISSAL WITH PREJUDICE |
| v. | |
| NATIVE INSTRUMENTS NORTH AMERICA, INC., | |
| Defendant. | |

DFD Technology LLC ("Plaintiff") and Native Instruments North America, Inc. ("Defendant"), through their counsel of record, hereby stipulate and agree as follows:

WHEREAS this Court entered an Order of Dismissal upon Settlement of Case (The "Order of Dismissal") on May 3, 2011;

WHEREAS the Order of Dismissal provides that "this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within 45 days, to reopen the action if settlement is not consummated;"

WHEREAS the Parties have consummated their settlement pursuant to a settlement agreement between them;

CBM-SF\SF511135

1     WHEREAS the Parties' settlement agreement states that this action shall be dismissed with prejudice;

    IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, that the Order of Dismissal shall deemed to be with prejudice as to all claims and counterclaims between the Parties and that both Parties shall bear their own costs and attorneys fees.

Dated: May 18, 2011                            ONE, LLP

By /s/ Nathaniel Dilger
         Nathaniel Dilger
Attorneys for Plaintiff
DFD TECHNOLOGY, LLC

Dated: May 18, 2011                            CARROLL, BURDICK & McDONOUGH LLP

By /s/ Robert A. McFarlane
         Robert A. McFarlane
Attorneys for Defendant
NATIVE INSTRUMENTS NORTH AMERICA, INC.

CBM-SF\SF511135                                  -2-